JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$40,200.00 IN U.S. CURRENCY,<br><br>Defendant.<br><br>CHRISTOPHER PERRY BULLOCK,<br><br>Claimant. | No. CV 14-06526-MWF (ASx)<br><br>JUDGMENT OF FORFEITURE |

This matter came on for jury trial on May 3, 2016 before the Honorable Michael W. Fitzgerald, United States District Judge.  Following the presentation of evidence and arguments by the parties, the jury by special verdict found that the government proved by a preponderance of the evidence that (1) the entirety of the defendant $40,200.00 in U.S. currency was proceeds of one or more exchanges for a controlled substance; and (2) the entirety of the defendant $40,200.00 in U.S. currency was intended to be used in one or more exchanges for a controlled substance, in violation of the law.

Based on these findings, and pursuant to Rule 54(a) of the Federal Rules of Civil Procedure,

1   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the entirety
2   of the defendant $40,200.00 in U.S. currency, plus all interest earned thereon, is forfeited
3   to the United States of America pursuant to Title 21, United States Code, Section
4   881(a)(6), and no other person or entity shall have any right, title or interest therein.  The
5   United States of America shall dispose of the defendant $40,200.00 in U.S. currency and
6   interest in accordance with law.

Dated: May 24, 2016.

_____
MICHAEL W. FITZGERALD
United States District Judge